## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Anna S. WHITCOMB, Respondent.

### No. 8136.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1939.

James W. Morris, J. P. Wenchel, Sewall Key, Claude R. Marshall, and Helen R. Carloss, all of Washington, D. C., for petitioner.

Joslyn, Joslyn & Joslyn, of Detroit, Mich., for respondent.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that the decision of the Board of Tax Appeals be and is affirmed upon the grounds and for the

reasons stated in the findings of fact and opinion of the Board reported in 37 B.T.A. 806.